# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 2:91-CR-72-DBH |
| | ) | CIVIL NO. 2:17-CR-79-DBH |
| PATRICK W. TRACY, | ) | |
| | ) | |
| DEFENDANT | ) | |

## ORDER ON DEFENDANT'S MOTION TO CORRECT SENTENCE

The defendant's motion to correct sentence (ECF No. 99) is **GRANTED**. The Court accepts the parties' Joint Agreement (ECF No. 106) that the defendant be re-sentenced to 120 months incarceration, followed by three years of supervised release, with the same conditions as previously imposed or the current language the Court uses that is reflective of those terms and conditions.

**SO ORDERED.**

**DATED THIS 11TH DAY OF AUGUST, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**